IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **TRISTANA HUNT,**<br><br>         PLAINTIFF,<br><br>     V.<br><br>**WAL-MART,**<br><br>         DEFENDANT. | NO.  16-CV-5924<br><br>HONORABLE CHARLES R. NORGLE, SR<br><br>MAGISTRATE JUDGE MARIA VALDEZ |

**DEFENDANT'S MOTION TO SET A STATUS HEARING DATE**

Defendant Wal-Mart ("Wal-Mart"), by and through its attorneys, Littler Mendelson, P.C., respectfully requests to set a status hearing date and states as follows:

1. On June 7, 2016, Plaintiff Tristana Hunt ("Plaintiff") filed a *pro se* form Complaint alleging gender discrimination and failure to stop harassment. [Dkt. No. 1]. On July 1, 2016, Plaintiff filed an Amended Form Complaint alleging the same claims as her initial Complaint. [Dkt. No. 7]. On September 7, 2016, Defendant timely answered Plaintiff's Amended Complaint. [Dkt. No. 13].

2. On November 2, 2016, the Law Office of Julie O. Herrera filed an appearance for Plaintiff. [Dkt. No. 16].

3. On August 7, 2017, the Court ordered discovery to close on December 3, 2017 and for the Final Pretrial Order with Jury Instructions to be filed by January 29, 2018. [Dkt. No. 32].

4. However, on October 5, 2017, the parties jointly filed a motion to stay discovery deadlines and requested that this matter be referred to Magistrate Judge Maria Valdez for a

settlement conference. [Dkt. No. 36]. At the time the parties filed the motion to stay discovery deadlines, Defendant had only completed one deposition in this case—Plaintiff's deposition—and Defendant had two months left to complete the approximately 4-5 remaining necessary depositions it planned to take.

5. On February 7, 2018, the parties appeared at the Court-supervised settlement conference before Magistrate Judge Maria Valdez. [Dkt No. 51]. The parties were unable to reach a settlement agreement and the case was returned to the Honorable Charles Norgle, Sr.; however, no status date was set. *Id.*[1]

6. Accordingly, Defendant requests that this Court set a status hearing date to set a date for the parties to complete the remaining two months of discovery.

7. Defendant would be severely prejudiced if not allowed to complete necessary and relevant depositions in this case.

8. On the evening of March 13, 2018, Defendant's counsel informed Plaintiff's counsel through email about this Motion.

9. This Motion is not filed for any improper purpose and will not cause unnecessary delay.

WHEREFORE, Defendant Wal-Mart respectfully requests that the Court grant its request to set a status hearing date in this matter.

March 14, 2018            Respectfully Submitted

*/s/ Michael A. Wilder*
Michael A. Wilder

---

[1] On March 13, 2018, Defendant filed an Agreed Motion to Set a Briefing Schedule for its Motion for Summary Judgment, which it withdrew immediately. [Dkt No. 54, Dkt No. 56]. When filing this Motion on March 13, 2018, Defendant was under the mistaken belief that discovery had closed. However, upon further review, discovery was stayed on October 5, 2017—with two months left in discovery. [Dkt No. 32; Dkt No. 36].

        Michael A. Wilder ARDC# 6291053
        mwilder@littler.com
        Kathleen A. Barrett ARDC# 6317331
        kabarrett@littler.com
        LITTLER MENDELSON, P.C.
        321 North Clark Street, Suite 1000
        Chicago, IL  60654
        312.372.5520

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on March 14, 2018, he caused a copy of the foregoing to be served electronically with the Clerk of the Court using the CM/ECF (*electronic case filing*) system, which sent notification of such filing to the following counsel of record:

Julie Herrera
jherrera@julieherreralaw.com
Steven James Molitor, Jr.
smolitor@julieherreralaw.com
Law Office of Julie O. Herrera
53 W. Jackson Street, Suite 1615
Chicago, IL 60604
(312) 697-0022

*/s/ Michael A. Wilder*
Michael A. Wilder

Firmwide:153406083.1 080000.1262